THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR24-010-JLR |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL EXHIBIT |
| RUDY STEWART ADAMS, | ) | |
| Defendant. | ) | |

THE COURT has considered Mr. Adams's motion to seal Exhibit 1 and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 1 be filed under seal.

DONE this 19th day of February 2025.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Rudy Adams

ORDER TO SEAL EXHIBIT
(*United States v. Adams*, CR24-010-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100